IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION



FILED

MAY 1 0 2019

CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

RONALD L. HARRISON

Case No. 4:19mj61
Court Date: July 16, 2019

CRIMINAL INFORMATION

(Misdemeanor)- Violation Notice No. 6309855

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 28, 2019, at Naval Weapons Station Yorktown, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, RONALD L. HARRISON, did possess and knowingly use a decal he was not entitled to display on his license plate.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 46.2-613(3)).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_J. Cole_
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

9 May 2019
Date